UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY K. KRAMER,** | **Case No.:** 2:23-cv-03293-SVW-PVC |
| Plaintiff, | *HON. STEPHEN V. WILSON* |
| v. | *HON. MAG. PEDRO V. CASTILLO* |
| **PAYPAL, INC.,** | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

_____

HON. STEPHEN V. WILSON

United States District Judge

Dated: June 5, 2024